UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| SHANNON MAURA | * | Case No. 08-26492-DK |
| DWAUNA Y MAURA | * | Chapter 13 |
| Debtors | * | |

\*   \*   \*   \*   \*   \*   \*

MOTION TO DISMISS CASE FOR
MATERIAL DEFAULT IN PLAN PAYMENTS

    Ellen W. Cosby, Chapter 13 Trustee, files this Motion to Dismiss Case and states as follows:

    1. The plan in this Chapter 13 case was confirmed by Order entered April 1, 2009.

    1. The Debtors are in material default under the terms of the plan by having failed to maintain the payments required by the plan. The default in payments now totals $4,140.00, approximately 4 months.

    2. The failure of Debtors to make plan payments has created an unreasonable delay prejudicial to the creditors in this case.

    3. For the reasons stated, cause exists under 11 U.S.C. §1307(c) to dismiss this case.

    WHEREFORE, the Trustee requests this Court to dismiss this case, and to grant such other relief as is just.

Date: <u>February 17, 2010</u>

/s/ <u>Ellen W. Cosby</u>
Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD  21284-0016
(410) 825-5923
inquiries@ch13balt.com
Chapter 13 Trustee

**TO THE DEBTORS: TAKE NOTICE THAT, UNLESS YOU FILE A RESPONSE IN WRITING WHICH JUSTIFIES OR EXPLAINS THE ALLEGATIONS IN THIS MOTION WITHIN 21 DAYS OF THE DATE IN THE CERTIFICATE OF SERVICE BELOW, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE. THE RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT, WITH A COPY SERVED ON THE TRUSTEE.**

CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2010 a copy of foregoing Motion to Dismiss Case was mailed by first-class mail to:

SHANNON and DWAUNA Y MAURA
17121 FREDERICK ROAD
MOUNT AIRY, MD 21771

and was transmitted electronically through ECF to:

JEFFREY M SIRODY ESQ
1777 REISTERSTOWN ROAD #360
BALTIMORE, MD 21208-0000

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee